UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN NACE,

      Plaintiff,                                  Case No. 13-12770

v.

                                            Honorable John Corbett O'Meara

COMMISSIONER OF             Magistrate Judge Patricia T. Morris
SOCIAL SECURITY,

      Defendant.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

      Before the court is a report and recommendation filed by Magistrate Judge Patricia T. Morris on January 29, 2015.  Plaintiff filed objections to the report and recommendation on March 3, 2015.  On March 17, 2015 Defendant filed a response to Plaintiff's objections.

      This court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C).  The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." <u>Id.</u>

       Having thoroughly reviewed the entire record, the court finds that Magistrate Judge Morris reached the correct conclusions.  Accordingly, the court will overrule Plaintiff's objections.

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

s/John Corbett O'Meara  
United States District Judge

Date:  March 25, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, March 25, 2015, using the ECF system.

s/William Barkholz  
Case Manager